BUCK MAYFIELD, Appellant, v. JOHN VAN BENSCHOTEN, INC., et al., Respondents.—

No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

PHILIP M. MCHUGH, Appellant, v. JAMES E. JONES, Respondent.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ELLA NOLAN et al., Respondents, v. FRANK J. HEANEY et al., Appellants, Impleaded with Others.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY CINTORINO, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CORBISIERO, Appellant.

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMAND D'CRESCENTI, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM GORMEZANO, Appellant.

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.